**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GERALD KERCHER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 5:25-cv-02586-JMG |
| | : | |
| CARPENTER TECHNOLOGY CORPORATION, | : | |
| *et al,* | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 12th day of February, 2026, upon consideration of Defendant Metropolitan Life Insurance Company's Motion to Dismiss Count III of the Amended Complaint (ECF No. 24), Plaintiff's Response to Defendant Metropolitan Life Insurance's Motion to Dismiss Count III of the Amended Complaint Pursuant to FRCP Rule 12b(6) for Failure to State a Claim Upon Which Relief May be Granted (ECF No. 27), and Defendants' Reply Brief in Support of Metropolitan Life Insurance Company's Motion to Dismiss (ECF No. 36), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendants' Motion (ECF No. 24) is **GRANTED**;

2. Plaintiff's claim for negligent interference with contract against Metropolitan Life Insurance Company is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is **DIRECTED** to **TERMINATE** Metropolitan Life Insurance Company as a defendant in this matter.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge